# STATE OF MICHIGAN

# COURT OF APPEALS

PEGGY FREEMAN,

      Plaintiff-Appellant,

v

KMART CORPORATION,

      Defendant-Appellee,

and

KMART HOLDING CORPORATION and
SEARS HOLDINGS MANAGEMENT,

      Defendants.

UNPUBLISHED
June 6, 2017

No. 331224
Genesee Circuit Court
LC No. 15-104384-NO

Before: RIORDAN, P.J., and RONAYNE KRAUSE and SWARTZLE, JJ.

RONAYNE KRAUSE, J., (*concurring*).

      I concur in result only.

                                     /s/ Amy Ronayne Krause

-1-